

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-22-2003

# Velemirovich v. Intl Union United

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-2827

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Velemirovich v. Intl Union United" (2003). *2003 Decisions.* Paper 352.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/352

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 02-2827

RICHARD L. VELEMIROVICH,

Appellant

v.

INTERNATIONAL UNION UNITED
STEELWORKERS OF AMERICA

On Appeal from the United States District Court
for the Western District of Pennsylvania
D.C. Civil No. 01-cv-01775
District Judge: Hon. D. Brooks Smith

Submitted pursuant to Third Circuit LAR 34.1(a)
July 14, 2003
McKee, Barry & Rosenn, Circuit Judges
**(Filed: July 22, 2003)**

OPINION OF THE COURT

McKee, Circuit Judge.

Richard Velemirovich appeals the dismissal of a pro se complaint by the district court. The district court construed his "complaint" as alleging a breach of the duty of fair representation by the defendant union. Accordingly, the district court had subject matter jurisdiction pursuant to 29 U.S.C. § 185.

In its concise Memorandum Opinion and Order, the district court explained why it was granting the union summary judgment and dismissing the aforementioned complaint.

Although that memorandum is only two pages long, it adequately explains the court's reasoning. We conclude the court committed no error, and we affirm the court's dismissal substantially for the reasons set forth in its May 31, 2002 Memorandum Opinion and Order.

TO THE CLERK:

Please file the foregoing opinion.

By the Court

/s/ Theodore A. McKee
Circuit Judge